STATE of Missouri, Respondent,

v.

Holger R. BURROWS, Appellant.

No. 46019.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 9, 1984.

Motion for Rehearing and Transfer
Denied Nov. 20, 1984.

Application to Transfer Denied
Dec. 18, 1984.

Henry B. Robertson, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Michael H. Finkelstein, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

The defendant-appellant appeals his six felony convictions of possessing controlled substances and one misdemeanor convictions of failing to provide proper shelter for animals. The sentences for his six felony convictions are to run concurrently for a maximum of twelve years and his sentence for the misdemeanor conviction consist of a $1,000 fine. A written opinion would serve no jurisprudential purpose. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).